**Opinion issued May 18, 2021**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-20-00422-CV

————————————

**ALEXANDRIA LEWIS AND MICHAEL JOHNSON, Appellants**

**V.**

**KEIDRA WALKER-SANNEH, Appellee**

---

On Appeal from the 80th District Court
Harris County, Texas
Trial Court Case No. 2017-23025

---

## MEMORANDUM OPINION

Appellants Alexandria Lewis and Michael Johnson appeal from a final judgment signed on March 9, 2020. Appellants have neither paid for the clerk's record nor the required filing fee and have not established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1 (indigence), 37.3(b) (allowing dismissal

of appeal if no clerk's record filed due to appellant's fault); *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.941(a), 101.041; Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158. Appellants failed to respond to our notices of July 2, 2020 and July 30, 2020, that, should appellants not pay the fee for the clerk's record or the filing fee or establish indigence, this appeal was subject to dismissal. *See* TEX. R. APP. P. 5 (allowing enforcement of rule), 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault), 42.3(c) (allowing involuntary dismissal of case). Appellants have not responded to any of this Court's notices.

We dismiss the appeal for want of prosecution. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Landau, and Hightower.